THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL IZAGUIRRE, Appellant.

Submitted July 16, 2009; decided August 27, 2009

Reported below, 51 AD3d 946.

734

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.